| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

### HOUSTON DIVISION

Harvest Family Church, et al.
   *Plaintiff(s),*

v.                                                Case No. 4:17–cv–02662

Federal Emergency Management Agency, et al.
   *Defendant(s).*

# NOTICE OF SETTING

## PLEASE TAKE NOTICE

HEARING:  **Status Conference**

DATE:   9/8/2017

TIME:   10:00 AM

HAS BEEN SET BEFORE

**JUDGE KEITH P. ELLISON**

**UNITED STATES COURTHOUSE**

**515 RUSK COURTROOM 3–A**

**HOUSTON, TEXAS 77002.**

ALL PARTIES MAY APPEAR BY TELEPHONE BY CALLING IN

ON THE COURT'S DIAL–IN NUMBER AT 713–250–5238.

**David J. Bradley, Clerk**