**UNITED STATES DISTRICT COURT**         **SOUTHERN DISTRICT OF TEXAS**

### HOUSTON DIVISION

Harvest Family Church, et al.
  *Plaintiff(s),*

v.                                                                    Case No. 4:17–cv–02662

Federal Emergency Management Agency, et al.
  *Defendant(s).*

# NOTICE OF SETTING

## PLEASE TAKE NOTICE

HEARING:   **Telephone Conference**

DATE:    9/13/2017

TIME:    04:00 PM

HAS BEEN SET BEFORE

**JUDGE KEITH P. ELLISON**

**UNITED STATES COURTHOUSE**

**515 RUSK COURTROOM 3–A**

**HOUSTON, TEXAS 77002.**

ALL PARTIES MAY APPEAR BY TELEPHONE BY CALLING IN

ON THE COURT'S DIAL–IN NUMBER AT 713–250–5238.

**David J. Bradley, Clerk**