UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| HARVEST FAMILY CHURCH, *et al*, § § Plaintiffs, § VS. § FEDERAL EMERGENCY § MANAGEMENT AGENCY, *et al*, § Defendants. § | CIVIL ACTION NO. 4:17-CV-2662 |

## ORDER

I hereby recuse.

**SIGNED** this 30th day of November, 2017.

_____
KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE