UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| Harvest Family Church, et al. | § § | |
| *versus* | § § | Civil Action 4:17–cv–02662 |
| Federal Emergency Management Agency, et al. | § | |

## Notice of Reassignment

This case is reassigned to Judge Gray H Miller.

Entered:  December 1, 2017                           David J. Bradley, Clerk