# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

| | | |
|---|---|---|
| HARVEST FAMILY CHURCH, *et al.*, | § | |
| | § | |
| *Plaintiff*s, | § | |
| | § | |
| v. | § | CIVIL ACTION H-17-2662 |
| | § | |
| FEDERAL EMERGENCY MANAGEMENT | § | |
| AGENCY, *et al.*, | § | |
| | § | |
| *Defendant*s. | § | |

## ORDER

Pending before the court is a motion for an injunction pending appeal filed by plaintiffs Harvest Family Church, Hi-Way Tabernacle, and Rockport First Assembly of God.  Dkt. 70.  For the same reasons set forth in the court's memorandum opinion and order (Dkt. 67) entered on December 7, 2017, the motion for injunction pending appeal is DENIED.

Signed at Houston, Texas on December 8, 2017.

_____
Gray H. Miller
United States District Judge