# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

4:17cv2662

United States District Court
Southern District of Texas
FILED
JAN 10 2018
David J. Bradley, Clerk of Court

No. 17-20768

---

HARVEST FAMILY CHURCH; HI-WAY TABERNACLE; ROCKPORT FIRST ASSEMBLY OF GOD,

Plaintiffs - Appellants

v.

FEDERAL EMERGENCY MANAGEMENT AGENCY; WILLIAM B. LONG, Administrator of the Federal Emergency Management Agency,

Defendants - Appellees

---

Appeal from the United States District Court
for the Southern District of Texas

---

IT IS ORDERED that the parties having agreed that, in light of FEMA'S recent actions, "the government has removed the reasons for this appeal," the appeal is DISMISSED as moot. The district court's ruling below is VACATED.

LYLE W. CAYCE, CLERK
United States Court of Appeals
for the Fifth Circuit
/s/ Lyle W. Cayce

**Certified as a true copy and issued as the mandate on Jan 10, 2018**

**Attest:** Lyle W. Cayce
**Clerk, U.S. Court of Appeals, Fifth Circuit**

ENTERED AT THE DIRECTION OF THE COURT

# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE**
**NEW ORLEANS, LA 70130**

January 10, 2018

Mr. David J. Bradley
Southern District of Texas, Houston
United States District Court
515 Rusk Street
Room 5300
Houston, TX 77002

No. 17-20768 Harvest Family Church, et al v. Fed Emer Mgmt Agency, et al
USDC No. 4:17-CV-2662

Dear Mr. Bradley,

Enclosed is a copy of the judgment issued as the mandate.

Sincerely,

LYLE W. CAYCE, Clerk

By: Dawn Shulin
Dawn M. Shulin, Deputy Clerk
504-310-7658

cc w/encl:
Mr. Daniel Howard Blomberg
Mr. Matthew Miles Collette
Ms. Courtney Dixon
Ms. K. Hollyn Hollman
Mr. Daniel David Hu
Mr. Richard Brian Katskee
Mr. Alex J. Luchenitser
Mr. Daniel Mach
Mr. Eric C. Rassbach
Mr. Edgar Saldivar
Ms. Alison Tanner
Ms. Diana Verm
Ms. Danielle Wolfson Young