# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| HARVEST FAMILY CHURCH, HI-WAY TABERNACLE, and ROCKPORT FIRST ASSEMBLY OF GOD,<br><br>*Plaintiffs*,<br><br>v.<br><br>FEDERAL EMERGENCY MANAGEMENT AGENCY, and WILLIAM B. LONG, Administrator of the Federal Emergency Management Agency,<br><br>*Defendants*. | Civil No. 4:17-cv-2662<br><br>Hon. Gray H. Miller<br><br>**Joint Stipulated Dismissal** |

The parties hereby give notice that this case is dismissed pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure. This stipulation is signed by counsel for all parties who have appeared, and the dismissal is effective without a court order.

Respectfully submitted this 31st day of January, 2018.

                                              s/ *Eric Rassbach*
                                             Eric C. Rassbach
                                             (Texas Bar. No. 24013375;
                                             S.D. Tex. Bar No. 872454)
                                               *Attorney-in-charge*
                                             Diana M. Verm (S.D. Tex. Bar. No. VA71968)
                                               *Of Counsel*
                                             Daniel Blomberg (S.D. Tex. Bar No. 2375161)
                                               *Of Counsel*
                                             The Becket Fund for Religious Liberty
                                             1200 New Hampshire Ave. NW, Ste. 700
                                             Washington, DC 20036
                                             Tel.:   (202) 955-0095
                                             Fax:   (202) 955-0090
                                             *erassbach@becketlaw.org*
                                             *dblomberg@becketlaw.org*
                                             *dverm@becketlaw.org*

*Counsel for Plaintiffs*

CHAD A. READLER
Acting Assistant Attorney General

RYAN K. PATRICK
United States Attorney

LESLEY R. FARBY
Assistant Director, Federal Programs Branch

*s/ Kari E. D'Ottavio*
KARI E. D'OTTAVIO
(NJ Bar No. 126742014)
DANIELLE W. YOUNG
(TX Bar No. 24098649)
Trial Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue NW
Washington, DC 20530
Tel: (202) 305-0568
Fax: (202) 616-8470
Email: kari.e.d'ottavio@usdoj.gov

DANIEL HU
Civil Chief, U.S. Attorney's Office
1000 Louisiana, Ste. 2300
Houston, TX 77002
Tel: (713) 567-9518
Fax: (713) 718-3303
Email: daniel.hu@usdoj.gov

*Counsel for Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that on January 31, 2018, the foregoing was served on counsel for all parties by means of the Court's ECF system.

                                               /s/ *Eric C. Rassbach*
                                               Eric C. Rassbach